```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 23117
    CLARITHA JOHNSON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-0878


-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    The case was filed on 08/30/2008 and was not confirmed.

    The case was dismissed without confirmation 11/26/2008.
-----------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                           PAID           PAID
-----------------------------------------------------------------------

OCWEN FEDERAL BANK       CURRENT MORTG        .00           .00            .00
OCWEN FEDERAL BANK       MORTGAGE ARRE        .00           .00            .00
PUBLIC STORAGE           UNSECURED      NOT FILED           .00            .00
HOUSEHOLD                NOTICE ONLY    NOT FILED           .00            .00
SPRINT PCS               UNSECURED      NOT FILED           .00            .00
CAPITAL ONE              UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF  UNSECURED         490.00           .00            .00
PREMIER BANKCARD         UNSECURED         411.72           .00            .00
IDES                     UNSECURED         968.00           .00            .00
COM ED EXELON CORPORATIO UNSECURED      NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED         661.91           .00            .00
TCF BANK                 UNSECURED      NOT FILED           .00            .00
WASHINGTON MUTUAL        UNSECURED      NOT FILED           .00            .00
WOW INTERNET AND CABLE   UNSECURED      NOT FILED           .00            .00
HSBC BANK USA/ OCWEN     MORTGAGE NOTI  NOT FILED           .00            .00
SBC                      UNSECURED         284.84           .00            .00
HOUSEHOLD AUTO           UNSECURED       38230.60           .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      2,341.50                         .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                         ---------------     ---------------
TOTALS                        .00                   .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 08 B 23117 CLARITHA JOHNSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/25/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```